# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151290 & (23)(24)(30)(31)(32)(33)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MICHAEL DARNELL HARRIS,
      Defendant-Appellant.

SC: 151290
COA: 325503
Jackson CC: 82-029906-FC

_____/

      On order of the Court, the motion to accept amended brief is GRANTED in part, only to the extent that the brief submitted with the motion is accepted for filing. The application for leave to appeal the March 13, 2015 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motions to amend MCR 6.502(G), to correct jurisdictional defects, to remand for a hearing, to stay proceedings, to appoint counsel, and to hold claims in abeyance are DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2016



Clerk

a0321